# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 11:35 am, Nov 18, 2019

LEON WILLIAMS,                  *
                                *
            Petitioner,         *          CIVIL ACTION NO.: 5:18-cv-52
                                *
      v.                        *
                                *
BENJAMIN FORD,                  *
                                *
            Respondent.         *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Leon Williams ("Williams") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Williams's 28 U.S.C. § 2254 Petition for failure to follow a Court Order, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Williams *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ____ 16 ____ day of _____, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA